| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

MAR 22 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Warren J. Turner §
versus §
§ CIVIL ACTION B-99-002
§
Crossing of Mexico Forwarding §

## Order Setting Hearing

1. A hearing (motion) will be held before Judge Hilda G. Tagle on:

   __4-8__, 1999

   at __2:00__ p.m.

   Courtroom, Fourth Floor
   United States Courthouse
   500 East Tenth Street
   Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on __March 22nd__, 1999, at Brownsville, Texas.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge

o.
mhrgddl.