10

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
MAR 3 1 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

Turner

versus

Crossing to Mexico

§
§
§
§
§
§
§
§

CIVIL ACTION B- 99-002

## Order Resetting Hearing

The motion hearing set  4-08-99  has been reset to: 4-16-99, at 10:15 AM.

Signed on March 31, 1999, at Brownsville, Texas.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge

*updateddl.*