22

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**

APR 29 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Turner            §
                  §
*versus*          §      CIVIL ACTION B- 99-002
                  §
Crossing n Mexico §
                  §

## Scheduling Order

1. Trial: Estimated time to try: _____ days.           ☐ Bench    ☐ Jury

2. New parties must be joined by:                      6-30-99

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    7-30-99

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                     9-24-99

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by:                           11-01-99

*****************************************************************************

7. Joint pretrial order is due:                        12-17-99

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    01-06-2000

   *The case will remain on standby until tried.*

9. Jury Selection:                                     01-10-2000
                                                       9 AM

   Signed _April 22_, 199_9_, at Brownsville, Texas.

                                            _____
                                            Hilda G. Tagle
                                            United States District Judge