25

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

MAY 1 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

TURNER §
§
versus § CIVIL ACTION B-99-002
§
CROSSING OF MEXICO §

## Order Resetting Conference

The status conference set for June 18, 1999 has been reset to:

June 17, 1999,

at 2:p.m.

Signed on May 13, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
updateddl.