United States District Court
Southern District of Texas 26
ENTERED

MAY 24 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Turner § 
§ 
versus § CIVIL ACTION B- 99CV2
§ 
§ 
Crossing in Mexico §

Re-Order Setting Conference

1. A status conference will be held on:

    6-21 , 1999

    at 1:30 p.m. from 6-17-99

    Courtroom, Fourth Floor
    United States Courthouse
    500 Easts Tenth Street
    Brownsville, Texas 78521.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear **in person** by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed May 24th , 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge