37

United States District Court
Southern District of Texas
ENTERED

DEC 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WARREN J. TURNER | § | |
| | § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. B-99-002 |
| | § | "JURY" |
| | § | |
| CROSSING OF MEXICO FORWARDING, INC. | § | |
| | § | |
| | § | |
| Defendant | § | |

## ORDER ON AGREED MOTION FOR CONTINUANCE

On this day came to be heard the Parties' Agreed Motion for Continuance. After considering the Motion, the Court is of the opinion that it is well-founded and should be in all respects GRANTED. It is, therefore,

ORDERED that the ~~trial~~ Jury Selection of this cause is continued until the 5th day of May, 2000. It is, further,

ORDERED that the Parties' Joint Pretrial Order shall be due the 19th day of April, 2000. Finally, it is, further,

ORDERED that the final pretrial conference for this cause shall be set for 1:30 a.m./p.m. on the 4th day of May, 2000.

SIGNED this 1 day of December, 1999.

_____
THE HONORABLE U.S. DISTRICT
COURT JUDGE HILDA TAGLE

*Agreed Motion for Continuance*                                          Page 4