38

United States District Court
Southern District of Texas
ENTERED

APR 1 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Turner

§
§

*versus*

§
§          CIVIL ACTION   B- 99-2
§

Crossing of Mexico

## Order Resetting Trial And Jury Selection

The docket call and final pretrial conference set _5/4/00_ has been reset

to: _5/1/00_ at 1:30 p.m.  Jury Selection has been reset to _5/2/00_

at 9:00 a.m.

Signed _April 14_, ~~199~~ 2000, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge