43

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

APR 2 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

TURNER     §
    §
versus     §    CIVIL ACTION B-99-02
    §
CROSSING OF MEXICO     §

## Order Resetting Trial And Jury Selection

1. Docket call and final pretrial conference has been reset for 1:30 p.m. on: __6-1-00__

2. Jury selection is reset for 9:00 a.m. on: __6-2-00__
   *The case will remain on standby until tried.*

3. A motion hearing is set for __2:30 p.m.__ on: __5-25-00__

4. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed __April 26__, 2000 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge