46

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Warren J. Turner, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. B-99-002 |
| vs. | § § § | |
| Crossing of Mexico Forwarding, Inc., | § § | |
| Defendant. | § § | |

### ORDER

BE IT REMEMBERED, that on May 9, 2000, the Court **STRUCK** the Defendant's Objections to Plaintiff's Deposition Excerpts [Dkt. No. 44] and Defendant's Objections to Plaintiff's Exhibits [Dkt. No. 45]. Both motions do not include a certificate of conference as required by Local Rule 6(A)(4) and Chamber Rule 5(K), or copies of exhibits to which the Defendant objects as required by Chamber Rule 6(B).

The Defendant is **ORDERED** to refile its objections in compliance with this Court's procedural rules by May 15, 2000.

DONE at Brownsville, Texas, this the 10 day of May, 2000.

_____
Hilda G. Tagle
United States District Court Judge