53

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF *Texas* |
|---|---|

*Turner*

versus

*Crossing of Mexico*

§
§
§
§
§

CIVIL ACTION 99-002

ENTERED
MAY 2 6 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Setting Hearing

1. A motion hearing will be held before Judge Hilda G. Tagle on:

   _____5-31_____, 2000

   at _____2:30 p_____.m.

   Courtroom, Third Floor
   United States Courthouse
   600 E. Harrison Street, #306
   Brownsville, Texas 78520.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed on _____May 26_____, 2000, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.