55

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 2 6 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Warren J. Turner, § | |
| § | CIVIL ACTION NO. B-99-002 |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | |
| Crossing of Mexico Forwarding, Inc., § | |
| § | |
| Defendant. § | |

## ORDER

BE IT REMEMBERED, that on May 25, 2000, the Court made the following rulings:

(1) Defendant's Motion for Summary Judgment and Brief in Support Thereof [Dkt. No. 32] is **DENIED**, the Court having found that the Plaintiff did use due diligence in serving the Defendant;

(2) Plaintiff's Motion to Strike Defendant's Witnesses [Dkt. No. 51] is **DENIED**. The Defendant is **ORDERED** to provide the Plaintiff with the required description of its witnesses' testimony by Tuesday, June 1, 2000 at 5:00 p.m.;

(3) The Parties are **ORDERED** to file an advisory stating which of the many evidentiary issues addressed in the motions pending before the Court are disputed by 5:00 p.m. on May 26, 2000; and,

(4) All pending motions will be heard and ruled on by the Court at a hearing on Wednesday, May 31, 2000.

DONE at Brownsville, Texas, this the 26th day of May, 2000.

_____
Hilda G. Tagle
United States District Court Judge