71

United States District Court
Southern District of Texas
FILED

JUN 28 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WARREN J. TURNER, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-99-002 |
| | § | |
| CROSSING OF MEXICO FORWARDING INC. | § | |
| Defendant | § | |

United States District Court
Southern District of Texas
ENTERED

JUN 29 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

## FINAL JUDGMENT

On June 5, 2000, this cause came to be heard and WARREN J. TURNER, the Plaintiff, appeared in person and by attorneys of record, MARIA ESTELLA PEREZ and STEVEN J. WEINBERG, and announced ready for trial. The Defendant, CROSSING OF MEXICO FORWARDING, INC., appeared in person and by attorney of record, TERESA L. DE FORD, and also announced ready for trial. A jury having been demanded and selected on June 2, 2000, and consisting of six qualified jurors, which was duly impaneled, the case proceeded to trial.

At the conclusion of the evidence, the Court submitted the questions of fact in the case to the jury. The charge of the Court and the verdict of the jury are incorporated for all purposes by reference. Because it appears to the Court that the verdict of the jury was for the Plaintiff and against the Defendant, judgment should be rendered on the verdict in favor of the Plaintiff and against the Defendant.

In response to Question 3 that asked the jury to establish the amount of money to be paid to the Plaintiff, the jury answered the total sum of TWO

HUNDRED TWENTY SIX THOUSAND, ONE HUNDRED TWENTY TWO 10/100 DOLLARS ($226,122.10). Pre-judgment interest started accruing on July 16, 1997 at the rate of 10% per annum, the amount allowable by law, until June 6, 2000, for a sum total of SIXTY FIVE THOUSAND THREE HUNDRED NINETY FOUR AND 72/00 ($65,394.72).

IT IS THEREFORE ORDERED by the Court that the Plaintiff have and recover actual damages with pre-judgment interest, as allowable by law, from the Defendant, CROSSING OF MEXICO FORWARDING, INC., for the sum total of TWO HUNDRED NINETY ONE THOUSAND FIVE HUNDRED SIXTEEN AND 82/100 Dollars ($ 291,516.82).

IT IS FURTHER ORDERED that the judgment herein, excluding all awards for future damages, rendered by the jury, shall bear interest at the rate of ten percent (10%) from June 7, 2000, until paid, which is the sum of FORTY SEVEN AND 68/100 DOLLARS ($47.68) per day as post judgment interest.

All costs of court expended or incurred in this cause are adjudged against Defendant Crossing of Mexico Forwarding Inc,. All writs and processes for the enforcement and collection of this judgment and/or the costs of court in the agreed sum of $3,650.00 may issue as necessary. All other relief not expressly granted is denied.

SIGNED FOR ENTRY on this the 28th day of June, 2000.

_____
Hon. Hilda Tagle, Presiding Judge

**APPROVED AS TO FORM and SUBSTANCE :**

_____/s/ M E Pérez_____
**MARIA ESTELLA PEREZ, ATTORNEY FOR PLAINTIFF**


_Teresa L. de Ford_  with permission & attached
**TERESA L. DE FORD, ATTORNEY FOR DEFENDANT**   fax signature

**APPROVED AS TO FORM and SUBSTANCE:**

_____
MARIA ESTELLA PEREZ, ATTORNEY FOR PLAINTIFF

_____
TERESA L. DE FORD, ATTORNEY FOR DEFENDANT