74

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Warren J. Turner, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. B-99-002 |
| | § | |
| vs. | § § | |
| | § | |
| Crossing of Mexico Forwarding, Inc., | § § | |
| Defendant. | § | |

**ORDER**

BE IT REMEMBERED, that on July 28, 2000, the Court **STRUCK** the Defendant's Motion for a New Trial [Dkt. No. 72]. The motion is deficient because it does not provide the Court with specific cites or references to the evidence at trial.

If the Defendant wishes the Court to consider its motion it must file an amended motion by August 31, 2000 that cites to specific evidence. Citations to exhibits must refer to the exhibit number. If the exhibit contains text, the Defendant must refer to a specific page and paragraph or line number. Citations to trial testimony must refer to page and line number.

DONE at Brownsville, Texas, this the 28th day of July 2000.

_____
Hilda G. Tagle
United States District Court Judge