---
No. 00-41043
---

WARREN J TURNER

    Plaintiff - Appellee

v.

CROSSING OF MEXICO FORWARDING, INC

    Defendant - Appellant

*United States District Court*
*Southern District of Texas*
*FILED*
*FEB 0 8 2001*
*Michael N. Milby*
*Clerk of Court*

B-99-002

*U.S. COURT OF APPEALS*
*FILED*
*FEB 2  2001*
*CHARLES R. FULBRUGE III*
*CLERK*

ENTRY OF DISMISSAL

Pursuant to the joint motion of the parties this appeal is dismissed this 2nd day of February, 2001, see FED. R. APP. P. 42(b).

          CHARLES R. FULBRUGE III
          Clerk of the United States Court
          of Appeals for the Fifth Circuit

          By: _____
          Tabitha Casimier Tobias, Deputy Clerk

          FOR THE COURT - BY DIRECTION

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
    Deputy
New Orleans, Louisiana  2/2/01

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Case No. 00-41043

| | | |
|---|---|---|
| WARREN J. TURNER | § | |
| | § | |
| Plaintiff - Appellee | § | |
| | § | |
| v. | § | |
| | § | |
| CROSSING OF MEXICO FORWARDING, INC. | § | |
| | § | |
| Defendant - Appellant | § | |

U. S. COURT OF APPEALS
**FILED**

JAN 3 1 2001

CHARLES R. FULBRUGE III
CLERK

## AMENDED JOINT MOTION TO DISMISS APPEAL

TO THE HONORABLE COURT:

COMES NOW Appellant Crossing of Mexico Forwarding, Inc. and Appellee Warren J. Turner (collectively, the "Parties"), jointly asking the Court to dismiss this appeal. In support thereof, the Parties would show the Court as follows:

### A. INTRODUCTION

Appellant is Crossing of Mexico Forwarding, Inc.; Appellee is Warren J. Turner. Appellant perfected the appeal on August 30, 2000, when it timely filed a notice of appeal.

### B. ARGUMENT AND AUTHORITIES

The Parties stipulate that they have reached an agreement to settle and compromise their differences in the above-referenced and styled suit. As a result, the Parties jointly ask the Court to dismiss this appeal. The Court has the authority to grant this joint motion to dismiss under Federal Rule of Appellate Procedure 42(b).

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
RECEIVED

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

FEB 0 8 2001

Michael N. Milby, Clerk

February 2, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 00-41043 Turner v. Crossing of Mexico
      USDC No. B-99-CV-2

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

                    By:
                    Tabitha Casimier Tobias, Deputy Clerk

/tdc
cc: w/encl:
    Mr Duncan Neblett III
    Ms Maria Estella Perez
    Mr James W Stringer
    Mr Lance Christopher Kassab
    Mr Timothy Andrew Hootman
    Ms Teresa L De Ford

P.S. to Ms De Ford: Would you please return the 3 volume record on appeal to this office as soon as possible.

MDT-1